# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARWAN AMEN-RA,

    Plaintiff,

v.

JP MORGAN CHASE BANK, a.k.a. CHASE BANK located at 105 Briarwood Circle, Ann Arbor, Michigan 48108 and JP MORGAN CHASE BANK, NA, and TALIN TIMAS,

    Defendants.

Case No. 21-cv-12890

Hon. Stephanie Dawkins Davis
Magistrate Judge Kimberly G. Altman

| Scott P. Mussin (P66748)<br>Jerard M. Scanland (P74992)<br>MUSSIN & SCANLAND, PLLC<br>*Attorneys for Plaintiff*<br>13351 Reeck, Suite 5<br>Southgate, MI 48195<br>(734) 282-6037<br>JScanland@milawoffices.com | Christopher R. Mikula (P69661)<br>Mami Kato (P74237)<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC<br>*Attorneys for Defendants*<br>34977 Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>(248) 593-6400<br>christopher.miklua@ogletree.com<br>mami.kato@ogletree.com |
|---|---|

## STIPULATED ORDER
## EXTENDING TIME TO RESPOND TO COMPLAINT

    This matter comes before the Court upon the stipulation of the parties, through their respective counsel, who hereby stipulate and agree as follows:

WHEREAS counsel for Defendants JPMORGAN CHASE BANK, JPMORGAN CHASE BANK, N.A, ("Chase") and TALIN TIMAS ("Timas") (collectively "Defendants"), and Counsel for Plaintiff have agreed that Defendants shall be permitted an extension of time to January 17, 2022 to file their first responsive pleading in response to Plaintiff's Complaint and Jury Demand.

IT IS HEREBY ORDERED that the deadline for Defendants to file their first responsive pleading in response to Plaintiff's Complaint and Jury Demand is extended to January 17, 2022.

**IT IS SO ORDERED.**

Date: January 4, 2022

>s/Stephanie Dawkins Davis
>Stephanie Dawkins Davis
>U.S. District Court Judge

STIPULATED AS TO FORM AND CONTENT:

s/ Jerard M. Scanland (with consent)      s/ Christopher R. Mikula
 Jerard M. Scanland (P74992)            Christopher R. Mikula (P69661)
 Attorney for Plaintiff                       Attorney for Defendants

49631831.1